NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**K.MIZRA LLC,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

_____

2022-2201

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00594.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    K.Mizra LLC v. Cisco Systems, Inc.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 11, 2023
        Date                        /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court

**ISSUED AS A MANDATE:** January 11, 2023